JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MOORE, an Individual, | CASE NO. SACV12-818 DOC (JPRx) |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER RE STIPULATION OF DISMISSAL |
| TARGET CORPORATION, An Entity Of Unknown Origin; and DOES 1 TO 20, Inclusive, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that the Stipulation of Dismissal entered into between counsel for Plaintiff and Defendant on February 28, 2013 be entered as a matter of record and the case hereby be dismissed.

DATED: 3/5/13

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL

PROOF OF SERVICE
FRCP 5

State of California   )
                      ) ss.
County of Orange      )

I, ALISA M. CLOVER, the undersigned, am over the age of 18 years and not a party to this action. I am employed with the law firm of Trachtman & Trachtman, whose address is 27401 Los Altos, Suite 300, Mission Viejo, California 92691.

On March 1, 2013, I served the interested parties in this action with the following documents:

**[PROPOSED] ORDER RE STIPULATION OF DISMISSAL**

as follows:

| [X] **BY ELECTRONIC TRANSMISSION:** | mellis@bclawoffices.com |
|---|---|
| I caused such document to be electronically transmitted via United States District Court, Central District of California, which is then printed and maintained with the original documents in our office. | |

[ ] **BY MAIL:** I deposited such envelope in the mail at Mission Viejo, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firms' practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Mission Viejo, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( ) placing ( ) the original ( ) a true copy thereof enclosed in the sealed envelopes addressed as follows: